IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GREGORY BOONE, #116186**                                                              **PETITIONER**

**VERSUS**                                                       **CIVIL ACTION NO. 3:07-cv-31-DPJ-JCS**

**WARDEN BYRD**                                                                  **RESPONDENT**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for Petitioner's failure to exhaust available state court remedies.

**SO ORDERED AND ADJUDGED** this the 6th day of March, 2007.

                                                    s/ *Daniel P. Jordan III*
                                                    UNITED STATES DISTRICT JUDGE